IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ISHONI WAKIYA-OHUNCO,

                    Plaintiff,                  No. 3:15-cv-01723-HZ

          v.                              JUDGMENT

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

HERNÁNDEZ, District Judge:

        Based on the record, it is ORDERED AND ADJUDGED that the Commissioner's

decision is affirmed.

        DATED this _____23_____ day of ___November_____, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT